[No. 23176–6–I.   Division One.   May 14, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–03543–8, Jerome M. Johnson, J., entered October 31, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Pekelis, JJ.

[No. 12671–1–II.   Division Two.   May 15, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDIS CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 210980R020, J. Kelley Arnold, J., entered February 16, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11045–8–II.   Division Two.   May 15, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER SCOTT ZERGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00110–6, Gary W. Velie, J., entered May 8, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.